IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Imran A. Jamali,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Emma Hyatt et al,<br><br>　　　　Defendant. | No. CV 12-02702-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff's Motion for Leave to Proceed in forma pauperis. (Doc. 2). However, a review of plaintiff's proposed complaint indicates that it is irreparably frivolous and fails to state claims upon which relief may be granted within the meaning of 28 U.S.C. §1915(e)(2)(B), under which the court must dismiss the case. Accordingly, it is ORDERED DISMISSING this action. It is further ORDERED DENYING the Motion for Leave to Proceed in forma pauperis on grounds of mootness. (Doc. 2).

Plaintiff is advised to seek the advice of a lawyer. If he does not have one, he may wish to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602 257 4434.

DATED this 8th day of January, 2013.

　　　　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　United States District Judge